C:\Users\Natalyn\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0VX9PSW1\098663 DOC.doc

JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
KRYSTAL A. KEMP, ESQ.
Nevada Bar No. 10908
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone:    702-383-6000
Facsimilie:    702-477-0088

RONALD F. REMMEL, ESQ.
EVANGELINE CHEUNG, ESQ.
NEWTON REMMEL
1451 Grant Road, P.O. Box 1059
Mountain View, CA  94042
Telephone:    650-903-0500
Facsimile:    650-903-5800

Attorneys for Defendant,
WHIRLPOOL CORPORATION &
LOWES HIW, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN CERNETICH, individually; DEIDRE TAYLOR, individually; and JUDITH NURSE, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT JONES, an individual; WHIRLPOOL CORPORATION, a foreign corporation; DOE Individuals I-V, and ROE CORPORATION VI-X;<br><br>Defendants. | CASE NO.:  2:09-CV-01115-JCM-LRL<br><br>**ORDER GRANTING WHIRLPOOL CORPORATION AND LOWES HIW, INC.'S REQUEST FOR AN EXCEPTION TO THE ATTENDANCE REQUIREMENT** |

| | |
|---|---|
| 1 | |
| 2 | AMERICAN FAMILY MUTUAL INSURANCE COMPANY, |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | |
| 6 | WHIRLPOOL CORPORATION; SCOTT JONES; LOWES HIW, INC.; AND DOES I through X, Inclusive, |
| 7 | |
| 8 | Defendants, |
| 9 | AND ALL RELATED ACTIONS. |

G:\docs\P3338\098668.DOC

1
2   **IT IS HEREBY ORDERED THAT:**

3   Defendants WHIRLPOOL CORPORATION and LOWES HIW, INC.'s Request for
4   Exception to the Attendance Requirements by an insurance carrier representative is hereby
5   GRANTED.

6   Dated this 22nd day of September, 2010.

*[signature]*

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE