ORIGINAL

RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Defendant,
Scott Jones**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KATHLEEN CERNETICH, individually, )
DEIDRE TAYLOR, individually; )
JUDITH NURSE, individually; )
)
      Plaintiffs, )    CASE NO.: 2:09-CV-1115-JCM-LRL
)
vs. )
)
SCOTT JONES, an individual; )
WHIRLPOOL CORP., a foreign )
corporation; DOE Individuals; I-V and )    ***Consolidated with:***
ROE Corporations VI-X; )
)    CASE NO.: 2:09-cv-1357-JCM-LRL
      Defendants. )
_____)
)
AMERICAN FAMILY MUTUAL )
INSURANCE COMPANY, )
)
      Plaintiffs, )
)
vs. )
)
WHIRLPOOL CORP.; SCOTT JONES; )
LOWES HIW, INC.; and DOES I through )
X, inclusive, )
)
      Defendants. )
_____)
)
AND ALL RELATED ACTIONS )
_____)

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Ryan L. Dennett, Esq., counsel for SCOTT JONES and Krystal Kemp, Esq., counsel for LOWES HIW, INC. and WHIRLPOOL

1  CORPORATION, that the cross-claims of Defendants, LOWES HIW, INC. and WHIRLPOOL
2  CORPORATION against SCOTT JONES, and the counter cross-claims of SCOTT JONES against
3  LOWES HIW, INC. and WHIRLPOOL CORPORATION be dismissed with prejudice, each side to
4  bear their own fees and costs associated with this litigation.

5      It is also agreed by and between the counsel for the parties that the affirmative claims of
6  SCOTT JONES against, Inter Alia, LOWES HIW, INC. and WHIRLPOOL CORPORATION, and
7  any associated entities, which might be proceeding in another forum or under a separate case
8  number and litigation shall not be affected by this stipulation. Those claims, for which Defendant,
9  SCOTT JONES, is being represented by T. James Truman, Esq., shall be unaffected by this
10 stipulation.

12 DATED this 29 day of December, 2010.

14 DENNETT WINSPEAR, LLP                  PYATT, SILVESTRI & HANLON

16 By: /s/ Ryan L. Dennett                           By: /s/ Krystal O. Kemp
    RYAN L. DENNETT, ESQ.                    KRYSTAL A. KEMP, ESQ.
17 Nevada Bar No. 005617                          Nevada Bar No. 010908
    3301 N. Buffalo Drive, Suite 195              701 Bridger Avenue, #600
18 Las Vegas, Nevada 89129                      Las Vegas, Nevada 89101
    **Attorneys for Defendant,**                      **Attorneys for Defendant,**
19 **Scott Jones**                                      **Lowes HIW, Inc. and Whirlpool Corp.**

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

IT IS SO ORDERED that the above-entitled matter be dismissed with prejudice, each of the parties to pay their attorneys' fees and costs herein incurred.

DATED this 7th day of January, 2011.

_____
DISTRICT COURT JUDGE

Submitted by:

DENNETT WINSPEAR, LLP

By: _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Defendant,
Scott Jones**