UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN CERNETICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT JONES, et al.,<br><br>Defendants. | 2:09-CV-1115 JCM (LRL) |

**ORDER**

Presently before the court are defendants Whirpool Corporation's and Lowes HIW, Inc.'s motion for determination of good faith settlement (doc. #90) and motion for acknowledgment of settlement and dismissal of all claims (doc. #97).

On December 27, 2010, the parties engaged in a settlement conference before Magistrate Judge Lawrence Leavitt. (Doc. #82). Thereafter, Whirpool and Lowes filed a motion for determination of good faith settlement (doc. #86), which Judge Leavitt granted (doc. #95). Whirpool and Lowes also filed the instant sealed motion for determination of good faith settlement directed to this court. (Doc. #90).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Whirpool Corporation's and Lowes HIW, Inc.'s motion for determination of good faith settlement (doc. #90) is GRANTED;

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that defendants' motion for acknowledgment of settlement and
2   dismissal of all claims (doc. #97) is GRANTED;
3   IT IS FURTHER ORDERED that defendants shall prepare an appropriate judgment for the
4   court's review and signature.
5   DATED March 23, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -