1  JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
2  KRYSTAL A. KEMP, ESQ.
Nevada Bar No. 10908
3  PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
4  Las Vegas, Nevada 89101
Telephone:    702-383-6000
5  Facsimile:    702-477-0088

6  RONALD F. REMMEL, ESQ.
EVANGELINE CHEUNG, ESQ.
7  NEWTON REMMEL
1451 Grant Road, P.O. Box 1059
8  Mountain View, CA 94042
Telephone:    650-903-0500
9  Facsimile:    650-967-5800

10 Attorneys for Defendants,
WHIRLPOOL CORPORATION &
11 LOWES HIW, INC.

12

13

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

14

15 KATHLEEN CERNETICH, individually;      ) CASE NO.: 2:09-CV-01115-JCM-LRL
DEIDRE TAYLOR, individually; and JUDITH )
NURSE, individually;                   )
16                                       )
                                         )
17              Plaintiffs,              )
                                         )                    JUDGMENT,
18       vs.                             )        FINDINGS OF FACT, AND
                                         )        CONCLUSIONS OF LAW
SCOTT JONES, an individual; WHIRLPOOL    )
19 CORPORATION, a foreign corporation; DOE )
individuals I-V, and ROE CORPORATIONS VI-)
20 X;                                     )
                                         )
21              Defendants.              )
   _____ )
22                                        )
   AND ALL RELATED ACTIONS.              )
23 _____ )

24

25                          **JUDGMENT**

26     Pursuant to the findings of fact and conclusions of law herein,

27     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims

28 brought by Kathleen Cernetich ("CERNETICH"), Deidre Taylor ("TAYLOR"), Judith Nurse

("NURSE"), American Family Mutual Insurance Company ("AMERICAN FAMILY") and State Farm Insurance Company ("STATE FARM") against Whirlpool Corporation ("WHIRLPOOL") and Lowes HIW, Inc. ("LOWES) be dismissed.

## FINDINGS OF FACT

1.    On December 27, 2010, the parties engaged in a settlement conference before Magistrate Judge Lawrence Leavitt. (Doc. #82.)

2.    As a result of the settlement conference before Judge Leavitt, WHIRLPOOL and LOWES entered into confidential settlements with CERNETICH, TAYLOR, NURSE, AMERICAN FAMILY, and STATE FARM.

3.    WHIRLPOOL and LOWES filed a Motion for Determination of Good Faith Settlement on November 12, 2011, which Judge Leavitt granted.   (Docs. #86 & 95.)

4    WHIRLPOOL and LOWES stipulated with Scott Jones ("JONES") to dismiss the cross-claims filed against each other. (Doc. #93.)

5.    As WHIRLPOOL and LOWES had yet to be formally dismissed from the instant action, WHIRLPOOL and LOWES filed a Motion for Acknowledgment of Settlement and Dismissal of All Claims against Whirlpool Corporation and Lowes HIW, Inc. (Doc. #97.)

## CONCLUSIONS OF LAW

6.    WHIRLPOOL and LOWES have settled all claims brought against them by CERNETICH, TAYLOR, NURSE, AMERICAN FAMILY, and STATE FARM.

7.    WHIRLPOOL and LOWES have had the claims brought against them by JONES dismissed.

8.    WHIRLPOOL and LOWES now have no outstanding claim against any party in the instant action.

9.    There are currently no valid claims against WHIRLPOOL and LOWES.

10.    WHIRLPOOL and LOWES are entitled to a dismissal of all claims brought against them by CERNETICH, TAYLOR, NURSE, AMERICAN FAMILY, and STATE FARM.

11.    WHIRLPOOL and LOWES are hereby dismissed from the instant action.

/ / /

12.     This judgment does not affect the sole remaining claim of AMERICAN FAMILY against JONES.

13.     If any Finding of Fact is considered to be a Conclusion of Law, or any Conclusion of Law is considered to be a Finding of Fact, it is the Court's intention that it be so considered.

Judgment is entered accordingly.

DATED this 11th day of April, 2011.

_____
JAMES C. MAHAN
United States District Judge

Submitted by:

/s/ Krystal A. Kemp
James P.C. Silvestri, Esq.
Krystal A. Kemp, Esq.
701 Bridger Ave., Suite 600
Las Vegas, Nevada  89101
Attorneys for Defendants,
WHIRLPOOL CORPORATION &
LOWES HIW, INC.