# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN CERNETICH, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SCOTT JONES, et al.,<br><br>　　　　Defendants. | 2:09-CV-1115 JCM (VCF) |

## ORDER

Presently before the court is the matter of *Cernetich, et al. v. Jones, et al.* (Case No.2:09-cv-01115-JCM-VCF).

On April 18, 2012, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #108). To date, plaintiff having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Cernetich, et al. v. Jones, et al.* (Case No.2:09-cv-01115-JCM-VCF) be, and the same hereby is, DISMISSED without prejudice.

DATED May 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**